**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HRB WINDDOWN, INC., et al., | Case No. 19-12689 (BLS) |
| Debtors. | (Jointly Administered) |
| Alan Halperin, as Liquidating Trustee, | |
| Plaintiff, | Adv. Pro. No. 21-51390 (BLS) |
| v. | |
| Sanrio, Inc. | |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION OF VACATUR OF**
**DEFAULT JUDGMENT AND DISMISSAL WITH PREJUDICE**

By this certification, Defendant, Sanrio, Inc. (the "Defendant," and together with the Plaintiff, the "Parties"), by and through its undersigned counsel, respectfully request entry of the order (the "Proposed Order"), attached hereto as Exhibit A, consensually vacating the Default Judgment and dismissing with prejudice the Complaint, both as defined below, on the terms set forth more fully in the Proposed Order. In support hereof, counsel to the Defendant respectfully certifies as follows:

1. On December 14, 2021, Plaintiff Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Liquidating Trust (the "Plaintiff"), commenced this adversary proceeding (the "Adversary proceeding") by filing its complaint (the "Complaint") against Defendant, pursuant to which Plaintiff asserts four causes of action.

2. On January 10, 2023, upon request of Plaintiff, the Clerk of the Court entered a default judgment against Defendant [Adv. Docket Nos 11 & 12] (the "Default Judgment").

3. On January 25, 2023, the Clerk of the Court closed the Adversary Proceeding.

4. The Parties have engaged in discussions regarding a resolution of the claims raised in the Complaint and the Default Judgement, and have agreed to the Proposed Order vacating the Default Judgment and dismissing the Complaint with prejudice.

5. Given the consensual nature of this request and in order to avoid the cost, time and inconvenience associated with additional motion practice and for purposes of judicial economy, the Parties respectfully request entry of the Proposed Order without further notice or a hearing.

Dated: February 6, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph Barry*
Joseph Barry (No. 4221)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
jbarry@ycst.com

Counsel for Sanrio, Inc.

# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HRB WINDDOWN, INC., et al.,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 19-12689 (BLS)<br><br>(Jointly Administered) |
| Alan Halperin, as Liquidating Trustee,<br><br>                     Plaintiff,<br>   v.<br><br>Sanrio, Inc.<br><br>                     Defendant. | Adv. Pro. No. 21-51390 (BLS) |

**ORDER APPROVING STIPULATION OF VACATUR OF**
**DEFAULT JUDGMENT AND DISMISSAL WITH PREJUDICE**

Upon consideration of the *Stipulation of Vacatur of Default Judgment and Dismissal With Prejudice* of the above-captioned Adversary Proceeding; and it appearing that this Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Default Judgment shall be, and hereby is, vacated.

2. The Complaint shall be, and hereby is, dismissed with prejudice.

3. The Clerk of the Court is directed to re-open the Adversary Proceeding, to the extent necessary, to effectuate the terms of this Order and shall thereafter re-close the Adversary Proceeding.

29212700.1

4. Each party shall bear its own costs, attorneys' fees, and expenses.

5. This Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

29212700.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HRB WINDDOWN, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12689 (BLS)<br><br>(Jointly Administered) |
| Alan Halperin, as Liquidating Trustee,<br><br>Plaintiff,<br>v.<br><br>Sanrio, Inc.<br><br>Defendant. | Adv. Pro. No. 21-51390 (BLS) |

**STIPULATION OF VACATUR OF DEFAULT
<u>JUDGMENT AND DISMISSAL WITH PREJUDICE</u>**

Plaintiff Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Liquidating Trust (the "<u>Plaintiff</u>") and Defendant, Sanrio, Inc. (the "<u>Defendant</u>," and together with the Plaintiff, the "<u>Parties</u>"), by and through their undersigned counsel, pursuant to Rule 41(a)(2) the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, stipulate as follows:

WHEREAS, on December 14, 2021, Plaintiff commenced this adversary proceeding (the "<u>Adversary Proceeding</u>") by filing its complaint (the "<u>Complaint</u>") against Defendant, pursuant to which Plaintiff assert four causes of action;

WHEREAS, on January 10, 2023, upon request of the Plaintiff, the Clerk of the Court entered a default judgment against Defendant [Adv. Docket Nos. 11 & 12] (the "<u>Default Judgment</u>");

WHEREAS, on January 25, 2023, the Clerk of the Court closed the Adversary Proceeding;

WHEREAS, the Parties have engaged in discussions regarding a resolution of the claims raised in the Complaint and the Default Judgment; and

WHEREAS, for the convenience of this Court, the interests of judicial economy and the avoidance of potentially needless litigation, the Parties have agreed, subject to Court approval, to settle the Adversary Proceeding on the following terms.

NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AN AGREED AS FOLLOWS:

1.    The Default Judgment shall be, and hereby is, vacated.

2.    The Complaint shall be, and hereby is, dismissed with prejudice.

3.    Each party shall bear its own costs, attorneys' fees, and expenses.

**BIELLI & KLAUDER, LLC**

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By: */s/ David Klauder*
David Klauder
1204 North King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
dklauder@bk-legal.com

By: */s/ Joseph M. Barry*
Joseph Barry (No. 4221)
1000 North King Street
Wilmington, DE 19801-1037
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
jbarry@ycst.com

*– and –*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq.,
Kara Casteel, Esq.,
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email: kcasteel@askllp.com

Dated:  February 2, 2023

Counsel for Sanrio, Inc.

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Fl.
New York, NY 10165
Telephone: (212) 267-7342
Fax: (212) 918-3427

Counsel for the Plaintiff

Dated:  February 2, 2023

29212700.1