**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HRB WINDDOWN, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12689 (BLS)<br><br>(Jointly Administered) |
| Alan Halperin, as Liquidating Trustee,<br><br>Plaintiff,<br>v.<br><br>Sanrio, Inc.<br><br>Defendant. | Adv. Pro. No. 21-51390 (BLS) |

**ORDER APPROVING STIPULATION OF VACATUR OF**
**DEFAULT JUDGMENT AND DISMISSAL WITH PREJUDICE**

Upon consideration of the *Stipulation of Vacatur of Default Judgment and Dismissal With Prejudice* of the above-captioned Adversary Proceeding; and it appearing that this Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Default Judgment shall be, and hereby is, vacated.

2. The Complaint shall be, and hereby is, dismissed with prejudice.

3. The Clerk of the Court is directed to re-open the Adversary Proceeding, to the extent necessary, to effectuate the terms of this Order and shall thereafter re-close the Adversary Proceeding.

29212700.1

4. Each party shall bear its own costs, attorneys' fees, and expenses.

5. This Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

Dated: February 6th, 2023  
Wilmington, Delaware

BRENDAN L. SHANNON  
UNITED STATES BANKRUPTCY JUDGE